## File Hashes for IP Address 173.79.159.92

**ISP:** Verizon FiOS
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/28/2014 13:20:14 | 6EC4EAC1DF8D6C9F6A7C69FB03130A8273DBACF2 | Epic Love |
| 05/14/2014 14:50:40 | EA9FA5106CFE7867FF61599D56FDEB6CD8E02765 | Underwater Lover |
| 05/06/2014 11:58:40 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 05/04/2014 12:57:49 | 2C78E17E90A6065C5500659FDDB52CA0E0477FA7 | And Then There Was You |
| 05/04/2014 12:22:41 | EBCCB75A9E2A8ED79E1BA39144E7D4299EC14EDB | Lying Around |
| 05/04/2014 12:19:42 | 65E7A48144F70A63BAD3F1BE1DB3AB2AB525C621 | Catching Up |
| 05/04/2014 12:16:26 | 50382B6B4E631CB819FBD4C6ECE28437FDE333C6 | So Young |
| 05/04/2014 12:12:24 | F3CB1E97E667A556FF06A56BB1B045D7BA9CC031 | Russian Connection |
| 05/04/2014 12:10:30 | 38ECCB355CAFAD15E7C8BA01B70DC5EEE94F183C | Mile High Club |
| 05/04/2014 12:08:23 | 22125D8DEDBEA36229A7E9874F9A76F396FEBC81 | Come To Me Now |
| 05/04/2014 12:03:36 | 55476DB0F16D822FE4E53445C15669823FB3B57E | Double Tease |
| 04/27/2014 18:07:08 | 734F126C0CE8277035CD1035761185BA1E3B341A | Red Hot |
| 04/26/2014 12:19:18 | 3E1D8C8C67F3C45319A153F68065650466A3EF3F | Tantric Massage |
| 04/20/2014 13:25:24 | DA8358FCD61944451A9B528B5A75A5F96393A599 | Morning Meditation |
| 04/20/2014 13:18:27 | E3D0ECD62AC239734AF56342913472D0757B4E64 | Not Alone |
| 04/04/2014 12:54:00 | 91AF7A51D429BF0E21F54434ED94EEAB5826238A | Spilled Milk |
| 04/04/2014 12:46:57 | F4C1E5877348813A5B8700B33AB5040F133DEB6B | Czech Beauties |
| 04/04/2014 12:15:53 | 568DFC435ACFEA9BB0C6A1E7435D97D073731A63 | Remembering Strawberry Wine |
| 03/28/2014 12:33:05 | 4CC36EB333221192823BE772CA0D3C7B2E0D873A | Ready for Love |
| 03/23/2014 13:15:22 | C393157D27213C5F667CBCCC8A408AD9EE0B4FCF | Truth or Dare |
| 03/23/2014 13:07:43 | 597B0F364B3D469F8CE7B03C0CC30AB4F1EED98E | Fashion Fantasy |
| 03/23/2014 12:54:16 | 0BD7899E96F4A450F75AD47299C0BEFE6F2296AC | Fascination With My Body |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/23/2014 12:50:17 | 1104D5D25009B560A8B01553A13AB0707A95D407 | Deep Blue Passion |
| 03/23/2014 12:46:09 | D5FC4A1438B9EC5988C0B2BF7E42139D46716E53 | Sex and Submission |
| 03/19/2014 12:18:29 | 904A1DA01C4575CAB34A608694AB0072ECBD4230 | I Love James Deen |
| 03/05/2014 23:29:34 | 04A0A1ED0684867A1CF36283CBED7DA1A1B0F811 | Feeling Frisky |
| 03/05/2014 23:24:58 | 1D93A21C90651DE36BEED4AD62D1AE53C9D8FED5 | Getting Ready For Bed |

**Total Statutory Claims Against Defendant: 27**