UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | CASE NO. : 1:14-cv-00942-AJT-TRJ |

**PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe, subscriber assigned IP address 173.79.159.92 ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executory obligations, Plaintiff will promptly dismiss Defendant from this action with prejudice.

Dated: December 18, 2014

Respectfully submitted,

By: /s/ *William E. Tabot, Esq*
William E. Tabot, Esquire #39488
William E. Tabot, Esquire, PC
9248 Mosby Street
Manassas, Virginia 20110
Tel: (709) 530-7075
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *William E. Tabot*

1