IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:14-cv-00942____, Case Name Malibu Media, LLC v. John Doe
Party Represented by Applicant: Malibu Media, LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

DEC 19 2014

CL____
ALEXA_____

FULL NAME (no initials, please) Emilie Marie Kennedy
Bar Identification Number 92808_____ State Florida_____
Firm Name Lipscomb, Eisenberg & Baker, P.L.
Firm Phone # 786-431-2228_____ Direct Dial # 786-431-2304_____ FAX # 786-431-2229
E-Mail Address ekennedy@lebfirm.com
Office Mailing Address 2 South Biscayne Blvd., Penthouse 3800, Miami, FL 33131

Name(s) of federal court(s) in which I have been admitted Southern, Middle District of Florida and 11th Circuit Court of Appeals

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice.*

_____        12/17/14
(Signature)                    (Date)
William Tabot                  39488
_____        _____
(Typed or Printed Name)        (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

_____        12/19/14
Anthony J. Trenga              (Date)
United States District Judge
(Judge's Signature)